UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

**FILED**

'AUG **0 9** 2023

**U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. |
| | ) | |
| JEREMY A. MACK, | ) | |
| | ) | |
| Defendant. | ) | 2 : 23-cr- 0 0 1 4 JMS -CMM |
| | ) | |

INDICTMENT

COUNT 1
18 U.S.C. § 1118
Murder by a Federal Prisoner

The Grand Jury charges that:

On or about the 3rd day of September 2021, at the Federal Correctional Complex, Terre

Haute, Indiana, being a place within the special maritime and territorial jurisdiction of the United

States, and within the Southern District of Indiana,

JEREMY A. MACK,

Defendant herein, a person confined in a Federal correctional institution under a sentence for a

term of life imprisonment, did unlawfully kill another human being, to wit: Stephen D. Cannada,

with malice aforethought, by stabbing the said Stephen D. Cannada multiple times in the face,

neck, abdomen and elsewhere with metal weapons, thereby causing the said Stephen D. Cannada

to die.

All of which is in violation of Title 18, United States Code, Section 1118.

A TRUE BILL:

ZACHARY A. MYERS
United States Attorney

By:   Jayson W. McGrath
      Assistant United States Attorney

By:   James M. Warden
      Assistant United States Attorney
            by: Jayson McGrath
      NJL